IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY SCOTT OSLEY,

    Plaintiff,

v.

LA CROSSE COUNTY, MARK CROSBY,
KIM NTIAMOAH, ABBY LOCKEN,
and NIKKI BUNKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-314-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants dismissing this case without prejudice.

/s/                                          12/12/2018

Peter Oppeneer, Clerk of Court                   Date